UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　David A White<br>　Jennifer M White<br>　　　　　　　　　Debtors | CASE NO: 09-30644<br>　　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 42 | AMERICAN GENERAL FINANCE<br>2628 COL GLENN HWY STE B<br>FAIRBORN, OH  45324 | 210.61 |

　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　Dated: 9/9/2010

Certificate of Service                09-30644

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| David A White<br>Jennifer M White<br>4636 Knobhill Drive<br>Dayton, OH  45424 | KRISTIN RADWANICK<br>3131 S DIXIE DR<br>STE 400A<br>MORAINE, OH  45439 | (42.3)<br>AMERICAN GENERAL FINANCE<br>6015 BRANDT PK<br>HUBER HEIGHTS, OH  45424 |
| (42.1)<br>AMERICAN GENERAL FINANCE<br>2628 COL GLENN HWY STE B<br>FAIRBORN, OH  45324 | (1.1n)<br>ASCENSION CAPITAL GROUP INC<br>ATTN HSBC AUTO FINANCE<br>BOX 201347<br>ARLINGTON, TX  76006 | (37.1n)<br>B E SCHENCK & ASSOCIATES<br>605 HELKE ROAD<br>VANDALIA, OH  45377 |
| (45.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 | (38.1n)<br>HSBC BANK NEVADA NA<br>% BASS & ASSOCIATES<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ  85712 | (2.1n)<br>HSBC MORTGAGE SERVICES<br>BOX 21188<br>EAGAN, MN  55121 |

Jeffrey M. Kellner BY   ___/s/ Jeffrey M. Kellner_____   sv

0930644_42_20100909_0854_278/T317_sv
###